ELECTRIC BOND AND SHARE COMPANY, Respondent, *v.*
THE STATE OF NEW YORK, Appellant.

Submitted May 27, 1937; decided June 11, 1937.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden*
and *Henry Epstein* of counsel), for appellant.

*Saul Gordon* and *Alex M. Hamburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.